FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 20  AM 11:07

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REGINALD REESE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-2802** |
| **SHERIFF MARLIN GUSMAN** | **SECTION "N"(4)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Reginald Reese's Title 42 U.S.C. § 1983 complaint against Orleans Parish Criminal Sheriff Marlin Gusman and the unidentified tier deputies is **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

**IT IS FURTHER ORDERED** that Reginald Reese's claims arising out of the violation of the Louisiana Constitution and state tort law are **DISMISSED WITHOUT PREJUDICE** as the court declines to exercise supplemental jurisdiction.

New Orleans, Louisiana, this ____19th____ day of ____September____, 2006.

_____
UNITED STATES DISTRICT JUDGE